IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs )  Case No.  3:07CR053
)
)
Brandon Stephens

ORDER TERMINATING SUPERVISED RELEASE

The above named began supervised release on March 16, 2014, for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 8th day of February, 2022

Walter H. Rice
United States District Judge